HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGHTY DREAMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SHENZHEN JICANGHONGCHUANGYISHEJI, CO., LTD.,<br><br>        Defendant. | Case No. C25-702-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY |

This matter comes before the Court on the parties' Stipulated Motion to Extend Deadline for Disclosure of Expert Testimony, Dkt. #28. The Court, having reviewed the Motion and finding good cause shown, hereby ORDERS as follows:

The deadline for disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) is EXTENDED by sixty (60) days, from December 31, 2025, to March 2, 2026.

All other dates and deadlines set forth in the Court's Order Setting Trial Date and Related Dates remain unchanged and in full force and effect.

IT IS SO ORDERED.

DATED this 31st day of December, 2025.

_____
Ricardo S. Martinez
United States District Judge