UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGHTY DREAMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN JICANGHONGCHUANGYISHEJI, CO., LTD., <br><br> Defendant. | Case No. 25-cv-00702 <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE DISCOVERY-RELATED MOTIONS** |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Extend Deadline for Filing Discovery-Related Motions. The Court, having reviewed the motion and finding good cause shown, hereby ORDERS as follows:

The deadline for filing discovery related motions is extended from January 30, 2026 to March 2, 2026.

All other dates and deadlines set forth in the Court's Order Setting Trial Date and Related Dates remain unchanged and in full force and effect.

**IT IS SO ORDERED.**

DATED this 2nd day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE