UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGHTY DREAMS, LLC,

        Plaintiff,

        v.

SHENZHEN JICANGHONGCHUANGYISHEJI, CO., LTD.,

        Defendant.

Case No. C25-702-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE DISCOVERY-RELATED MOTIONS

This matter comes before the Court on the parties' Stipulated Motion to Extend Deadline for Filing Discovery-Related Motions.  Dkt. #38.  The Court, having reviewed the motion and finding good cause shown, hereby ORDERS as follows:

(1) The deadline for the completion of fact discovery is extended from March 2, 2026, to May 1, 2026.

(2) The deadline for the disclosure of expert testimony is extended from March 2, 2026, to May 1, 2026.

(3) The deadline for filing discovery-related motions is extended from March 2, 2026, to May 1, 2026.

All other dates and deadlines set forth in the Court's Order Setting Trial Date and Related Dates remain unchanged and in full force and effect.

ORDER - 1

DATED 5th day of March, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2