THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGHTY DREAMS, LLC,

              Plaintiff,

    v.

SHENZHEN JICANGHONGCHUANGYISHEJI, CO., LTD.,

              Defendant.

No. 25-CV-00702-RSM

**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO CONDUCT DEPOSITION OF DAN BEABOUT AFTER DISCOVERY CUTOFF**

Pursuant to the Parties' Stipulated Motion for Leave to Conduct Deposition after Discovery Cutoff, it is hereby,

ORDERED that defendant Shenzhen Jicanghongchuangyisheji, Co., Ltd. ("EzzDoo") is granted the opportunity to depose expert Dan Beabout on or before June 30, 2026.

IT IS SO ORDERED.

DATED this 4th day of May, 2026.

THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO
CONDUCT DEPOSITION OF DAN BEABOUT AFTER DISCOVERY
CUTOFF - 1
NO. 25-CV-00702-RSM

Presented by:

BALLARD SPAHR LLP

By: *s/ Abraham K. Lorber*
    Jeffrey M. Odom, WSBA No. 36168
    Abraham K. Lorber, WSBA No. 40668
    Aaron Schaer, WSBA No. 52122
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: 206.223.7000
    odomj@ballardspahr.com
    lorbera@ballardspahr.com
    schaera@ballardspahr.com

YOUNGZEAL LLP

By: *s/ Shaoyi Che*
    Shaoyi Che (*pro hac vice*)
    9355 John W Elliott Dr, Ste 25555
    Frisco, TX 75033
    Telephone: 717.440.3382
    che@yzlaw.com

*Attorneys for Defendant Shenzhen Jicanghongchuangyisheji Co., Ltd.*

REVISION LEGAL PLLC

By: *s/ via email authorization*
John Anthony Di Giacomo (*pro hac vice*)
444 Cass St Ste D
Traverse City, MI 49684
Telephone: 231-714-0100
john@revisionlegal.com

NICHOLAS RANALLO ATTORNEY AT LAW

By: *s/ via email authorization*
Nicholas R. Ranallo, WSBA No. 51439
5058 57th Ave S
Seattle, WA 98118
Telephone: 831-607-9229
nick@ranallolawoffice.com

*Attorneys for Plaintiff Mighty Dreams LLC*

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO
CONDUCT DEPOSITION OF DAN BEABOUT AFTER DISCOVERY
CUTOFF - 2
NO. 25-CV-00702-RSM

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000  FAX: 206.223.7107