UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGHTY DREAMS, LLC,

Plaintiff,

v.

SHENZHEN JICANGHONGCHUANGYISHEJI, CO., LTD.,

Defendant.

Case No. C25-702-RSM

ORDER RE: SETTLEMENT NOTICE

This matter comes before the Court on the parties' Joint Notice of Settlement, Dkt. #77. The parties anticipate filing a stipulated motion to dismiss this matter within 60 days. Pending this filing, the parties request that the Court strike all remaining pretrial deadlines and hold all pending motions in abeyance. Accordingly, having considered the parties' Notice and remainder of the record, the Court hereby finds and ORDERS that the parties' requests are GRANTED. All remaining pretrial deadlines, the December 14, 2026 trial date, and November 16, 2026 motions in limine deadline are STRICKEN. All pending motions shall be held in abeyance pending the parties' motion to dismiss. If the parties have not filed a motion to dismiss within sixty (60) days, the parties shall file a joint status report with the Court at that time.

DATED this 10th day of November, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE